## Wright Kobilka Inc. — 6613

**Employee:** Cody R Gross
**SSN:** ***-**-8303
**Status (Fed/State):** Single/Withhold
**Allowances/Extra:** Fed-0/0/PA-0/0
**Pay Period:** 07/21/2017 - 07/27/2017
**Pay Date:** 07/28/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 17:30 | 8.00 | 140.00 | 3,310.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -2.10 | -49.65 |
| Federal Withholding | -10.00 | -266.00 |
| Social Security Employee | -8.68 | -205.22 |
| Medicare Employee | -2.03 | -48.00 |
| PA - Withholding | -4.30 | -101.63 |
| PA - Unemployment Employee | -0.10 | -2.32 |
| | -27.21 | -672.82 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | 0.00 | -936.00 |

| Net Pay | 112.79 | 1,701.18 |
|---|---|---|

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED

Powered by Intuit Payroll

---

## Wright Kobilka Inc. — 6619

**Employee:** Cody R Gross
**SSN:** ***-**-8303
**Status (Fed/State):** Single/Withhold
**Allowances/Extra:** Fed-0/0/PA-0/0
**Pay Period:** 07/28/2017 - 08/03/2017
**Pay Date:** 08/04/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 26:45 | 8.00 | 214.00 | 3,524.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -3.21 | -52.86 |
| Federal Withholding | -17.00 | -283.00 |
| Social Security Employee | -13.27 | -218.49 |
| Medicare Employee | -3.10 | -51.10 |
| PA - Withholding | -6.57 | -108.20 |
| PA - Unemployment Employee | -0.15 | -2.47 |
| | -43.30 | -716.12 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | -85.35 | -1,021.35 |

| Net Pay | 85.35 | 1,786.53 |
|---|---|---|

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED

Powered by Intuit Payroll

---

## Wright Kobilka Inc. — 6625

**Employee:** Cody R Gross
**SSN:** ***-**-8303
**Status (Fed/State):** Single/Withhold
**Allowances/Extra:** Fed-0/0/PA-0/0
**Pay Period:** 08/04/2017 - 08/10/2017
**Pay Date:** 08/11/2017

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 25:15 | 8.00 | 202.00 | 3,726.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -3.03 | -55.89 |
| Federal Withholding | -16.00 | -299.00 |
| Social Security Employee | -12.52 | -231.01 |
| Medicare Employee | -2.93 | -54.03 |
| PA - Withholding | -6.20 | -114.40 |
| PA - Unemployment Employee | -0.14 | -2.61 |
| | -40.82 | -756.94 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | -80.59 | -1,101.94 |

| Net Pay | 80.59 | 1,867.12 |
|---|---|---|

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED

Powered by Intuit Payroll

## Wright Kobilka Inc.                                                        6626

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Cody R Gross | | | ***-**-8303 | Single/Withhold | Fed-0/0/PA-0/0 |
| | | | Pay Period: 06/30/2017 - 07/06/2017 | | Pay Date: 08/16/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 25:45 | 8.00 | 206.00 | 3,932.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -3.09 | -58.98 |
| Federal Withholding | -16.00 | -315.00 |
| Social Security Employee | -12.77 | -243.78 |
| Medicare Employee | -2.98 | -57.01 |
| PA - Withholding | -6.32 | -120.72 |
| PA - Unemployment Employee | -0.14 | -2.75 |
| | -41.30 | -798.24 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | -68.06 | -1,170.00 |

| Net Pay | 96.64 | 1,963.76 |
|---|---|---|

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED          Powered by Intuit Payroll

---

## Wright Kobilka Inc.                                                        6637

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Cody R Gross | | | ***-**-8303 | Single/Withhold | Fed-0/0/PA-0/0 |
| | | | Pay Period: 08/18/2017 - 08/24/2017 | | Pay Date: 08/25/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 21:15 | 8.00 | 170.00 | 4,102.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -2.55 | -61.53 |
| Federal Withholding | -13.00 | -328.00 |
| Social Security Employee | -10.54 | -254.32 |
| Medicare Employee | -2.47 | -59.48 |
| PA - Withholding | -5.22 | -125.94 |
| PA - Unemployment Employee | -0.12 | -2.87 |
| | -33.90 | -832.14 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | 0.00 | -1,170.00 |

| Net Pay | 136.10 | 2,099.86 |
|---|---|---|

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED          Powered by Intuit Payroll

---

## Wright Kobilka Inc.                                                        6643

| Employee | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|
| Cody R Gross | | | ***-**-8303 | Single/Withhold | Fed-0/0/PA-0/0 |
| | | | Pay Period: 08/25/2017 - 08/31/2017 | | Pay Date: 09/01/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 32:30 | 8.00 | 260.00 | 4,362.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -3.90 | -65.43 |
| Federal Withholding | -23.00 | -351.00 |
| Social Security Employee | -16.12 | -270.44 |
| Medicare Employee | -3.77 | -63.25 |
| PA - Withholding | -7.98 | -133.92 |
| PA - Unemployment Employee | -0.18 | -3.05 |
| | -54.95 | -887.09 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | -102.53 | -1,272.53 |

| Net Pay | 102.52 | 2,202.38 |
|---|---|---|

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED          Powered by Intuit Payroll

Wright Kobilka Inc.    6649

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cody R Gross | | | | | ***-**-8303 | Single/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 09/01/2017 - 09/07/2017 | | Pay Date: 09/08/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 30:30 | 8.00 | 244.00 | 4,606.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -3.66 | -69.09 |
| Federal Withholding | -21.00 | -372.00 |
| Social Security Employee | -15.13 | -285.57 |
| Medicare Employee | -3.54 | -66.79 |
| PA - Withholding | -7.49 | -141.41 |
| PA - Unemployment Employee | -0.17 | -3.22 |
| | -50.99 | -938.08 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | -96.51 | -1,369.04 |
| Net Pay | 96.50 | 2,298.88 |

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED    Powered by Intuit Payroll

---

Wright Kobilka Inc.    6655

| Employee | | | | | SSN | Status (Fed/State) | Allowances/Extra |
|---|---|---|---|---|---|---|---|
| Cody R Gross | | | | | ***-**-8303 | Single/Withhold | Fed-0/0/PA-0/0 |
| | | | | | Pay Period: 09/08/2017 - 09/14/2017 | | Pay Date: 09/15/2017 |

| Earnings and Hours | Hours | Rate | Current | YTD Amount |
|---|---|---|---|---|
| Hours Worked | 26:15 | 8.00 | 210.00 | 4,816.00 |

| Taxes | Current | YTD Amount |
|---|---|---|
| Medicare Employee Addl Tax | 0.00 | |
| town of huntingdon | -3.15 | -72.24 |
| Federal Withholding | -17.00 | -389.00 |
| Social Security Employee | -13.02 | -298.59 |
| Medicare Employee | -3.04 | -69.83 |
| PA - Withholding | -6.45 | -147.86 |
| PA - Unemployment Employee | -0.15 | -3.37 |
| | -42.81 | -980.89 |

| Adjustments to Net Pay | Current | YTD Amount |
|---|---|---|
| Huntingdon DR Order | -34.96 | -1,404.00 |
| Net Pay | 132.23 | 2,431.11 |

Village Tavern, 12837 Clover Drive, James Creek, PA 16657, WRIGHT KOBILKA INCORPORATED    Powered by Intuit Payroll