```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
```

In re:                                                      Case No. 17-04062-HWV
Cody R. Gross                                               Chapter 7
        Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1           User: AGarner              Page 1 of 1              Date Rcvd: Sep 29, 2017
                               Form ID: 309A              Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 01, 2017.
```
db              +Cody R. Gross,    6692 Roland Road,    Huntingdon, PA 16652-3848
tr              +John P Neblett (Trustee),    PO Box 490,    Reedsville, PA 17084-0490
4974278         +Discover Card,    P.O. Box 742655,    Cincinnati, OH 45274-2655
4974280         +Foundation Radiology Group,    350 N. Orlean St., Fl. 8,    Dept. 6235,    Chicago, IL 60654-1975
4974281         +Huntingdon Ambulance Service,    c/o Commercial Acceptance,    2300 Gettysburg Rd., #102,
                  Camp Hill, PA 17011-7303
4974282         +JC Blair Memorial Hospital,    c/o CBCS,    P.O. Box 2724,    Columbus, OH 43216-2724
4974283         +Miranda Weaver,    c/o Huntingdon County DRS,    231 Washington St.,    Huntingdon, PA 16652-1476
4974284         +Mylea Fortson,    c/o Huntingdon County DRS,    231 Washington St.,    Huntingdon, PA 16652-1476
4974285         +PA Office of the Attorney General,    c/o Arcadia Recovery Bureau, LLC,    P.O. Box 6768,
                  Wyomissing, PA 19610-0768
4974288         +Weltman Weinberg Law Firm,    436 Seventh Ave., Ste. 2500,    Pittsburgh, PA 15219-1842
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: dhahn@nittanylaw.com Sep 29 2017 18:52:05      Donald M Hahn,
                  Stover McGlaughlin Gerace et al,    122 East High Street,    PO Box 209,    Bellefonte, PA  16823
ust             +E-mail/Text: USTPRegion03.HA.ECF@USDOJ.GOV Sep 29 2017 18:52:15      United States Trustee,
                  228 Walnut Street, Suite 1190,    Harrisburg, PA 17101-1722
4974287         +EDI: RMSC.COM Sep 29 2017 18:58:00      Walmart - Synchrony Bank,    P.O. Box 530927,
                  Atlanta, GA 30353-0927
                                                                                               TOTAL: 3

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4974279          Elan,   P.O. Box 79048.2
4974286          Tracy & April Roland
                                                                                               TOTALS: 2, * 0, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2017                          Signature:  /s/Joseph Speetjens

_____

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 29, 2017 at the address(es) listed below:
```
              Donald M Hahn    on behalf of Debtor Cody R. Gross dhahn@nittanylaw.com
              John P Neblett (Trustee)    jpn@neblettlaw.com, pa06@ecfcbis.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                               TOTAL: 3
```

| | | Information to identify the case: | | | |
|---|---|---|---|---|---|
| Debtor 1 | | **Cody R. Gross** | | Social Security number or ITIN | xxx–xx–8303 |
| | | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | | **Middle District of Pennsylvania** | | Date case filed for chapter **7** | **September 28, 2017** |
| Case number: | | **1:17–bk–04062–HWV** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at   www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | **About Debtor 1:** | | **About Debtor 2:** |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Cody R. Gross | | |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 6692 Roland Road<br>Huntingdon, PA 16652 | | |
| 4. | **Debtor's attorney**<br>Name and address | Donald M Hahn<br>Stover McGlaughlin Gerace et al<br>122 East High Street<br>PO Box 209<br>Bellefonte, PA 16823 | | Contact phone 814 355–8235<br><br>Email: dhahn@nittanylaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | John P Neblett (Trustee)<br>PO Box 490<br>Reedsville, PA 17084 | | Contact phone 717 667–7185<br><br>Email: jpn@neblettlaw.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | |
|---|---|---|
| Debtor **Cody R. Gross** | | Case number **1:17–bk–04062–HWV** |

| 6. **Bankruptcy clerk's office** | U.S. Bankruptcy Court | Hours open Monday – Friday 9:00 AM to 4:00 PM |
|---|---|---|
| Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Ronald Reagan Federal Building 228 Walnut St, Rm 320 Harrisburg, PA 17108 | Contact phone (717) 901–2800 Date: September 29, 2017 |
| 7. **Meeting of creditors** | **November 7, 2017 at 10:30 AM** | Location: |
| Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. *** **Valid photo identification and proof of social security number are required** *** | **Mifflin County Courthouse, Meeting Room A, 20 N. Wayne St., Lewistown, PA 17044** |
| 8. **Presumption of abuse** | The presumption of abuse does not arise. | |
| If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | | |
| 9. **Deadlines** | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** | **Filing deadline:** January 6, 2018 |
| The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| Please do not file a proof of claim unless you receive a notice to do so. | | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**  page **2**

Case 1:17-bk-04062-HWV    Doc 9    Filed 10/01/17    Entered 10/02/17 00:45:10    Desc
Imaged Certificate of Notice    Page 3 of 3